

Charles E. Taylor, Jr., Law Office of Charles E. Taylor, Jr., Orlando, FL, for Defendant–Appellant.

John Philip Fox, Adams Hemingway & Wilson, LLP, Macon, GA, for Defendant–Appellant.

Charles Poole, Butner, NC, pro se.

Before PRYOR, JORDAN and ANDERSON, Circuit Judges.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Charles Poole in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Poole's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles POOLE, Defendant–Appellant.**

No. 11–15422
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 4, 2012.

Charles L. Calhoun, Michael J. Moore, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.